### *Peter Brooks* v. *Abijah Hunt.*

ISSUE had been joined on the first of *March* last, but the cause, the *venue* of which was laid in the county of *Albany*, had not been brought on at the last *April* circuit.

*Sanford,* on these facts, moved for judgment as in case of nonsuit.

*Paris,* contra, showed, that the defendant had delayed the cause by obtaining time to plead till the first day of *March ;* that from the matter of the plea then delivered, there was reason to believe it would be necessary to *subpœna* witnesses from *New-York ;* and that from the short interval between the receipt of the plea and the circuit, he had no opportunity of consulting with the plaintiff, who resided in the most westerly part of *Montgomery.*   From these circumstances, he argued that the motion ought to be denied without either costs or stipulation.

*Sanford*, in reply. The words of the statute* are, that where issue is joined and the plaintiff " neglect " to bring such issue to be tried according to the " course and practice of the court," the defendant shall be entitled to judgment as in case of nonsuit. From the 1st day of *March*, to the circuit in *April* was time enough to notice.

May Term,
1805.

* 1 *Rev.*
*Laws*, 353.
sec. 12.

*Per Curiam.* The defendant had a right to move, and, therefore, though we deny his motion, it must be on payment of costs ; but, from the circumstances of the case, the plaintiff is excused from stipulating.

THOMPSON, J. I do not think this according to practice. The cause was long enough at issue to allow of a notice, and he ought, therefore, to stipulate.

*⁎⁎⁎* It was said by the bench, that in all cases the period within which costs are to be paid is twenty days.